IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| DANIELA AGUILERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:14-cv-05118-MDH |
| ) | |
| AEGIS COMMUNICATIONS ) | |
| GROUP, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is an Amended Stipulation of Dismissal with Prejudice. (Doc. No. 20). The parties have stipulated and agree to the dismissal with prejudice of this matter in its entirety.

Wherefore, based on the parties' stipulation, this Court **ORDERS** that the above referenced matter be dismissed, in its entirety, with prejudice, each party to bear its own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

DATED: March 17, 2015         /s/ Douglas Harpool
**DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE**